| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. 2:12-CR-166-CKD |
| v. | ) | |
| | ) | |
| Sarah Schwartz | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:
Detained at (custodian):

Detainee is:
- a.) (x) charged in this district by: () Indictment (X) Information () Complaint
  charging detainee with: Delay and Destruction of Mail
- or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) () return to the custody of detaining facility upon termination of proceedings
- or b.) (x) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Nicholas M. Fogg
Printed Name & Phone No: Nicholas M. Fogg
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
() Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 10, 2012

/s/ Kendall J. Newman
_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | None | Female |
| Booking or CDC #: | X-3399414 | DOB: 9/7/1983 |
| Facility Address: | Sacramento County Main Jail | Race: White |
| | 651 "I" Street, Sacramento, CA 95814 | FBI #: 227617PD3 |
| Facility Phone: | 916-874-6752 | |
| Currently Incarcerated For: | California Penal Code 602(M) | |

**RETURN OF SERVICE**

Executed on _____ By: _____
                                                        (Signature)